# Rhonda Hughey
## District Clerk



**Kaufman County**

County Courthouse
100 W. Mulberry St.
Kaufman, Texas 75142
**972-932-0279**

I, Rhonda Hughey, Clerk of the _____ Court of Kaufman County, Texas, do

hereby certify that the foregoing are _____ opies of the entire file in **Cause 99184-422,**

**Benjamin Temple vs Warren D. Clark an _____ Carrier Corporation,** as the same appear from the

originals on file in this office.

Witness my hand and seal of said Court at o _____ the City of Kaufman

on the 13th day of March, 2018.


Rhonda Hughey
District Clerk
Kaufman County, Texas


By_____
    Michelle Lopez

# Rhonda Hughey
## District Clerk



Kaufman County

County Courthouse
100 W. Mulberry St.
Kaufman, Texas 75142
**972-932-0279**

I, Rhonda Hughey, Clerk of the District/County Court at Laws Court of Kaufman County, Texas, do

hereby certify that the foregoing are true and correct copies of the entire file in **Cause 99184-422,**

**Benjamin Temple vs Warren D. Clark and Crete Carrier Corporation,** as the same appear from the

originals on file in this office.

Witness my hand and seal of said Court at office in the City of Kaufman

on the 13th day of March, 2018.

Rhonda Hughey
District Clerk
Kaufman County, Texas

By _Michelle Lopez_

Michelle Lopez

Filed: 2/12/2018 9:36 AM
Rhonda Hughey,
District Clerk
Kaufman County, Texas

Brandy Thomas

99184-422

CAUSE NO. _____

| | | |
|---|---|---|
| BENJAMIN TEMPLE | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | KAUFMAN COUNTY, TEXAS |
| | § | Kaufman County - 422nd District Court |
| | § | |
| WARREN D. CLARK AND | § | |
| CRETE CARRIER CORPORATION | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE:

COMES NOW, Plaintiff, BENJAMIN TEMPLE, complaining herein of Defendant

WARREN D. CLARK and Defendant CRETE CARRIER CORPORATION, and, for cause of

action, state:

### I.

### DISCOVERY PLAN

Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.

### II.

### PARTIES

Plaintiff reside in Mansfield, Tarrant County, Texas. Plaintiff can be identified by his

driver's license number of XXXXX862 and his Social Security Number of XXX-XX-X205.

Defendant WARREN D. CLARK, individually and as an agent and employee of Defendant

Crete Carrier Corporation, is an individual whom is a non-resident of Texas, whom resides in the

State of Louisiana and whom may be served with process by serving the Chairman of the Texas

Transportation Commission, **Mr. J. Bruce Bugg, Jr., at 125 East 11th Street in Austin, Texas**

**78701-2483**, Travis County, Texas, because Defendant was a party to a collision or accident while

operating a motor vehicle in Texas. Chairman of the Texas Transportation Commission, Mr. J.

Bruce Bugg, Jr., may obtain service of process on Defendant, **Mr. Warren D. Clark at 411 Gulpha, #22 in West Monroe, Louisiana 71291**.

Defendant CRETE CARRIER CORPORATION is a company doing business in the State of Texas. Defendant can be served with process by serving its registered agent, **National Registered Agents, Inc. at 1999 Bryan Street, Suite 900 in Dallas, Texas 75201.**

### III.

Jurisdiction is proper in that the amount in controversy greatly exceeds the minimum jurisdictional requirements of this Court.

Pursuant to Section 15.001 et seq. of the Texas Civil Practice and Remedies Code, venue is proper in Kaufman County in that all or part of this cause of action accrued in Kaufman County, Texas.

### IV.

### FACTUAL BACKGROUND

At all relative times mentioned herein, Defendant WARREN D. CLARK was in the course and scope of his employment with Defendant CRETE CARRIER CORPORATION, or was their agent over whom they exercised control. Therefore, under respondeat superior, Defendant CRETE CARRIER CORPORATION is liable for Defendant WARREN D. CLARK's actions and conduct. Plaintiff relies, in part, on the legal theory of respondeat superior for recovery against Defendant CRETE CARRIER CORPORATION.

On or about November 8, 2016, Plaintiff was operating his motor vehicle traveling east on I-20 in Kaufman County, Texas. Defendant WARREN D. CLARK was also traveling east on I-20, directly behind Plaintiff. Plaintiff slowed for traffic in front of him and Defendant collided with the

rear of Plaintiff's vehicle and pushing him into the center grassy median. The impact caused extensive damage to both vehicles and serious bodily injury to Plaintiff.

## V.

## NEGLIGENCE OF DEFENDANT WARREN D. CLARK

At and immediately before the occurrence in question, Defendant WARREN D. CLARK was guilty of acts and/or omissions which constituted negligence. These acts and/or omissions include, but are not limited to, the following:

1. Failing to keep a proper lookout;

2. Failing to properly apply the brakes;

3. Failure to control his speed;

4. Driver inattention; and

5. Faulty evasive action.

Each of the above-mentioned acts or omissions constituted negligence which were the proximate cause or causes of the occurrence in question and the resulting damages sustained by the Plaintiff herein.

## VI.

## NEGLIGENCE OF DEFENDANT CRETE CARRIER CORPORATION

At and immediately before the occurrence in question, Defendant CRETE CARRIER CORPORATION was guilty of acts and/or omissions which constituted negligence. These acts and/or omissions include, but are not limited to, the following:

1. Negligent entrustment of a motor vehicle to someone whom the owner knew or should have known was unlicenced, incompetent or reckless in his driving abilities;

2. Negligently hiring Defendant Thomas Michael Reid;

3.    Negligently failing to terminate Defendant Thomas Michael Reid;

4.    Negligently failing to institute and maintain reasonable driving training and safety programs for employees in a same or similar position as Defendant Thomas Michael Reid; and

5.    Negligently failing to supervise Defendant Thomas Michael Reid.

Each of the above-mentioned acts or omissions constituted negligence which were the proximate cause or causes of the occurrence in question and the resulting damages sustained by the Plaintiff herein.

## VII.

## INJURIES

Plaintiff sustained the following serious bodily injuries as a direct and proximate result of the Defendants' negligence:

a.    Neck;

b.    Shoulders; and

c.    Back.

## VIII.

## DAMAGES

As a direct and proximate result of the negligence of Defendants as alleged herein, Plaintiff suffered the following damages:

a.    Past medical expenses in the amount in excess of the jurisdictional limits of the Court;

b.    Future medical expenses in excess of the minimum jurisdictional limits of the Court;

c.    Past and future physical disability in excess of the minimum jurisdictional limits of the Court;

d.  Past and future pain and suffering and mental anguish in excess of the minimum jurisdictional limits of the Court;

e.  Past and future disfigurement in excess of the minimum jurisdictional limits of the Court; and

f.  Loss of earning capacity in the past and future.

## IX.

## CLAIM FOR RELIEF

Plaintiff asks the jury to be fair to Plaintiff, to award Plaintiff all Plaintiff's medical expenses in the past and future as stated above. Additionally, regarding Plaintiff's non-economic claim, including disfigurement, pain and suffering, mental anguish, impairment and loss of consortium, and costs of Court, case expenses, pre-judgment and post-judgment interest, Plaintiff asks that the jury be fair in awarding these damages. Plaintiff relies on the jury's good conscience and requests the jury award Plaintiff a fair amount for Plaintiff's damages. Plaintiff monetary relief over $1,000,000.00.

## X.

## NOTICE OF INTENT

Plaintiff hereby gives actual notice to Defendant that any and all documents produced by Defendant may be used against the Defendant at any pretrial preceding and/or at the trial of this matter without the necessity of authenticating the documents pursuant to Rule 193.7, Texas Rules of Civil Procedure.

## PRAYER

**FOR THE REASONS STATED**, Plaintiff prays that Defendants be cited in terms of law to appear and answer herein and that Plaintiff, upon final trial of this cause, have judgment against

Defendants, jointly and severly, in an amount in excess of the minimum jurisdictional limits of this

Court, for costs of Court, pre-judgment and post-judgment interest at the highest legal rate, for the

recovery of actual damages, and for such other and further relief, both special and general, to which

Plaintiff may be entitled, in that of law and equity.

Respectfully Submitted,

LONCAR & ASSOCIATES

BRANDON RAMSEY
State Bar No. 24027761
bramsey@brianloncar.com
glmoseley@hotmail.com (use for correspondence)
DONALD L. "CHIP" PARKER, II
State Bar No. 24027590
cparker@brianloncar.com

223 East Charnwood
Tyler, Texas 75701
903-509-2255
903-509-2983 - fax

ATTORNEYS FOR PLAINTIFF

CIVIL CASE INFORMATION SHEET

Kaufman County - 422nd District Court

CAUSE NUMBER *(FOR CLERK USE ONLY)*: 99184-422

COURT *(FOR CLERK USE ~~ONLY~~)*:

Filed: 2/12/2018 9:36 AM
Rhonda Hughey,
District Clerk
Kaufman County, Texas
Brandy Thomas

STYLED Benjamin Temple vs. Warren D. Clark and Crete Carrier Corporation

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: | Email: | Plaintiff(s)/Petitioner(s): | ☑ Attorney for Plaintiff/Petitioner |
| Brandon Ramsey | bramsey@brianloncar.com | Benjamin Temple | ☐ *Pro Se Plaintiff/Petitioner*<br>☐ Title IV-D Agency<br>☐ Other: |
| Address: | Telephone: | | |
| 223 E. Charnwood St. | (903) 509-2255 | | Additional Parties in Child Support Case: |
| City/State/Zip: | Fax: | Defendant(s)/Respondent(s): | Custodial Parent: |
| Tyler    TX    75701 | (903) 509-2983 | Warren D. Clark and | |
| | | Crete Carrier Corporation | Non-Custodial Parent: |
| Signature: | State Bar No: | | |
| /s/   Brandon Ramsey | 24027761 | | Presumed Father: |
| | | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* | ☐ Assault/Battery | ☐ Eminent Domain/ | ☐ Annulment | ☐ Enforcement |
| ☐ Consumer/DTPA | ☐ Construction | Condemnation | ☐ Declare Marriage Void | ☐ Modification—Custody |
| ☐ Debt/Contract | ☐ Defamation | ☐ Partition | *Divorce* | ☐ Modification—Other |
| ☐ Fraud/Misrepresentation | *Malpractice* | ☐ Quiet Title | ☐ With Children | **Title IV-D** |
| ☐ Other Debt/Contract: | ☐ Accounting | ☐ Trespass to Try Title | ☐ No Children | ☐ Enforcement/Modification |
| | ☐ Legal | ☐ Other Property | | ☐ Paternity |
| *Foreclosure* | ☐ Medical | | | ☐ Reciprocals (UIFSA) |
| ☐ Home Equity—Expedited | ☐ Other Professional | | | ☐ Support Order |
| ☐ Other Foreclosure | Liability: | **Related to Criminal Matters** | **Other Family Law** | |
| ☐ Franchise | | ☐ Expunction | ☐ Enforce Foreign | **Parent-Child Relationship** |
| ☐ Insurance | ☑ Motor Vehicle Accident | ☐ Judgment Nisi | Judgment | ☐ Adoption/Adoption with |
| ☐ Landlord/Tenant | ☐ Premises | ☐ Non-Disclosure | ☐ Habeas Corpus | Termination |
| ☐ Non-Competition | *Product Liability* | ☐ Seizure/Forfeiture | ☐ Name Change | ☐ Child Protection |
| ☐ Partnership | ☐ Asbestos/Silica | ☐ Writ of Habeas Corpus— | ☐ Protective Order | ☐ Child Support |
| ☐ Other Contract: | ☐ Other Product Liability | Pre-indictment | ☐ Removal of Disabilities | ☐ Custody or Visitation |
| | List Product: | ☐ Other: | of Minority | ☐ Gestational Parenting |
| | | | ☐ Other: | ☐ Grandparent Access |
| | ☐ Other Injury or Damage: | | | ☐ Parentage/Paternity |
| | | | | ☐ Termination of Parental |
| | | | | Rights |
| **Employment** | **Other Civil** | | | ☐ Other Parent-Child: |
| ☐ Discrimination | ☐ Administrative Appeal | ☐ Lawyer Discipline | | |
| ☐ Retaliation | ☐ Antitrust/Unfair | ☐ Perpetuate Testimony | | |
| ☐ Termination | Competition | ☐ Securities/Stock | | |
| ☐ Workers' Compensation | ☐ Code Violations | ☐ Tortious Interference | | |
| ☐ Other Employment: | ☐ Foreign Judgment | ☐ Other: | | |
| | ☐ Intellectual Property | | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal | *Probate/Wills/Intestate Administration* | ☐ Guardianship—Adult |
| ☐ Tax Delinquency | ☐ Dependent Administration | ☐ Guardianship—Minor |
| ☐ Other Tax | ☐ Independent Administration | ☐ Mental Health |
| | ☐ Other Estate Proceedings | ☐ Other: |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court | ☐ Declaratory Judgment | ☐ Prejudgment Remedy |
| ☐ Arbitration-related | ☐ Garnishment | ☐ Protective Order |
| ☐ Attachment | ☐ Interpleader | ☐ Receiver |
| ☐ Bill of Review | ☐ License | ☐ Sequestration |
| ☐ Certiorari | ☐ Mandamus | ☐ Temporary Restraining Order/Injunction |
| ☐ Class Action | ☐ Post-judgment | ☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☑ Over $1,000,000

Rev 2/13

PERSONAL CITATION                    **CAUSE # 99184-422**
THE STATE OF TEXAS

   NOTICE TO THE RESPONDENT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."
TO:
**Warren D. Clark by serving the Chairman of the Texas Transportation Commission**
**Mr. J. Bruce Bragg**
**125 East 11th Street**
**Austin, TX 78704-2483**

Respondent Greetings:
   YOU ARE HEREBY COMMANDED to appear before the Honorable 422nd District Court, Kaufman County, Texas, by filing a written answer to the **Plaintiff's Original Petition** of the Plaintiff at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days from the date of service hereof, a copy of which accompanies the Citation in Cause Number **99184-422,** styled Benjamin Temple Vs. Warren Clark, Crete Carrier Corporation, filed in said court on February 12, 2018. WITNESS, RHONDA HUGHEY, District Clerk of Kaufman County, Texas.

   Issued and given under my hand and seal of said Court at Kaufman, Texas, on this the 12th day of February, 2018.

                                        RHONDA HUGHEY
                                        DISTRICT CLERK
                                        100 W Mulberry St
                                        Kaufman, TX 75142

                                        By _Brandy Thomas_ Deputy
                                        Brandy Thomas

Attorney for Plaintiff:
Brandon Ramsey
223 East Charnwood
Tyler TX 75701
903-509-2255

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____ m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:_____
and the cause or failure to execute this process is:_____
and the information received as to the whereabouts of said defendant
being_____
**FEES**:
Serving Petition and Copy        $_____        Total        $_____
                                                        _____, Officer
                                                        _____, County, Texas
                                                        By:_____, Deputy
                                                        _____
                                                        Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

" My name is _____, my date of birth is _____, and my address is
        (First, Middle, Last)

_____.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____County, State of _____, on the _____day of
_____.

 

                                    _____
                                    Declarant/Authorized Process Server

                                    _____
                                    (Id # & expiration of certification)

PERSONAL CITATION                      **CAUSE # 99184-422**
THE STATE OF TEXAS

NOTICE TO THE RESPONDENT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."
TO:
**Crete Carrier Corporation by serving its registered agent**
**National Registered Agents, Inc.**
**1999 Bryan Street Suite 900**
**Dallas TX  75201**

Respondent Greetings:
YOU ARE HEREBY COMMANDED to appear before the Honorable 422nd District Court, Kaufman County, Texas, by filing a written answer to the **Plaintiff's Original Petition** of the Plaintiff at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days from the date of service hereof, a copy of which accompanies the Citation in Cause Number **99184-422,** styled Benjamin Temple  Vs. Warren Clark, Crete Carrier Corporation, filed in said court on February 12, 2018.  WITNESS, RHONDA HUGHEY, District Clerk of Kaufman County, Texas.

Issued and given under my hand and seal of said Court at Kaufman, Texas, on this the 12th day of February, 2018.

                                        RHONDA HUGHEY
                                        DISTRICT CLERK
                                        100 W Mulberry St
                                        Kaufman, TX 75142

                                        By _Brandy Thomas_ Deputy
                                        Brandy Thomas

Attorney for Plaintiff:
Brandon Ramsey
223 East Charnwood
Tyler TX  75701
903-509-2255

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock _____ m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:
**Name**                    **Date/Time**           **Place, Course and Distance from Courthouse**
_____         _____         _____

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____
and the cause or failure to execute this process is: _____
and the information received as to the whereabouts of said defendant
being _____
**FEES**:
Serving Petition and Copy        $_____          Total        $_____
                                                    _____, Officer
                                                    _____, County, Texas
                                                    By: _____, Deputy
                                                    _____
                                                    Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

" My name is _____, my date of birth is _____, and my address is
                (First, Middle, Last)

_____.

(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _____County, State of _____, on the _____day of

_____.


                                                    _____
                                                    Declarant/Authorized Process Server
                                                    _____
                                                    (Id # & expiration of certification)

Filed: 2/26/2018 4:28 PM
Rhonda Hughey,
District Clerk
Kaufman County, Texas
Susan Cook Mendoza

PERSONAL CITATION                         **CAUSE # 99184-422**
THE STATE OF TEXAS

NOTICE TO THE RESPONDENT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."
TO:
**Warren D. Clark by serving the Chairman of the Texas Transportation Commission**
**Mr. J. Bruce Bragg**
**125 East 11ᵗʰ Street**
**Austin, TX 78704-2483**

Respondent Greetings:
YOU ARE HEREBY COMMANDED to appear before the Honorable 422nd District Court, Kaufman County, Texas, by filing a written answer to the **Plaintiff's Original Petition** of the Plaintiff at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days from the date of service hereof, a copy of which accompanies the Citation in Cause Number **99184-422,** styled Benjamin Temple  Vs. Warren Clark, Crete Carrier Corporation, filed in said court on February 12, 2018.  WITNESS, RHONDA HUGHEY, District Clerk of Kaufman County, Texas.

Issued and given under my hand and seal of said Court at Kaufman, Texas, on this the 12th day of February, 2018.

RHONDA HUGHEY
DISTRICT CLERK
100 W Mulberry St
Kaufman, TX 75142

By _Brandy Thomas_ Deputy
Brandy Thomas

Attorney for Plaintiff:
Brandon Ramsey
223 East Charnwood
Tyler TX  75701
903-509-2255

## OFFICER'S RETURN

Came to hand on the __19ᵗʰ__ day of __February__ , 20_18_ , at _1:00_ , o'clock _P_ .m., and executed in ____Travis____ County, Texas by delivering to each of the within named defendants ~~in person~~, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit; by _Certified mail_ ,

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| Warren Clark by mailing | 2-22-18  12:00 PM | 125 E. 11ᵗʰ St.  Austin TX 78701 |
| to Texas Transportation Commission | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:_____
and the cause or failure to execute this process is:_____
and the information received as to the whereabouts of said defendant
being_____
FEES:
Serving Petition and Copy      $_____

Total      $_____
_____ , Officer
_____ , County, Texas
By:_____ , Deputy
_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

" My name is _Pamela Daniels_, my date of birth is _5-26-57_, and my address is
(First, Middle, Last)
_10358  CR 3101  Winona  TX  75792_.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in _Smith_ County, State of _TX_, on the _24th_ day of
_February  2018_.

_Pamela Daniels_
Declarant/Authorized Process Server
_4241      9-30-19_
(Id # & expiration of certification)

Filed: 2/26/2018 4:28 PM
Rhonda Hughey,
District Clerk
Kaufman County, Texas

Susan Cook Mendoza

PERSONAL CITATION
THE STATE OF TEXAS

**CAUSE # 99184-422**

NOTICE TO THE RESPONDENT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:
**Crete Carrier Corporation by serving its registered agent
National Registered Agents, Inc.
1999 Bryan Street Suite 900
Dallas TX  75201**

Respondent Greetings:

YOU ARE HEREBY COMMANDED to appear before the Honorable 422nd District Court, Kaufman County, Texas, by filing a written answer to the **Plaintiff's Original Petition** of the Plaintiff at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days from the date of service hereof, a copy of which accompanies the Citation in Cause Number **99184-422**, styled Benjamin Temple Vs. Warren Clark, Crete Carrier Corporation, filed in said court on February 12, 2018.  WITNESS, RHONDA HUGHEY, District Clerk of Kaufman County, Texas.

Issued and given under my hand and seal of said Court at Kaufman, Texas, on this the 12th day of February, 2018.

RHONDA HUGHEY
DISTRICT CLERK
100 W Mulberry St
Kaufman, TX 75142

By _____ Deputy
Brandy Thomas

Attorney for Plaintiff:
Brandon Ramsey
223 East Charnwood
Tyler TX  75701
903-509-2255

## OFFICER'S RETURN

Came to hand on the 12th day of February , 20 18 , at 10 , o'clock ___ m., and executed in Dallas County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit: by Certified Mail

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| Crete Carrier Corporation | 2-16-2018   12:00 PM | 1999 Bryan St. #900 Dallas TX 75201 |
| by serving its registered agent, National Registered Agents, Inc | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____
and the cause or failure to execute this process is: _____
and the information received as to the whereabouts of said defendant
being _____
FEES:

Serving Petition and Copy     $ _____          Total          $ _____
_____ , Officer
_____ , County, Texas
By: _____ , Deputy
_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

" My name is ___Pamela Daniels___, my date of birth is _5-26-1957_, and my address is
(First, Middle, Last)
___10358 CR 3101   Winona TX   75792___.
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed in ___Smith___ County, State of _TX_, on the _20th_ day of
___February 2018___.

Pamela Daniels
Declarant/Authorized Process Server
4041        9-30-19
(Id # & expiration of certification)



Filed: 3/12/2018 9:53 AM
Rhonda Hughey,
District Clerk
Kaufman County, Texas

Rhonda Hughey

CAUSE NO. 99184-422

| | | |
|---|---|---|
| **BENJAMIN TEMPLE** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | **KAUFMAN COUNTY, TEXAS** |
| | § | |
| **WARREN D. CLARK AND** | § | |
| **CRETE CARRIER CORPORATION** | § | |
| | § | |
| *Defendants.* | § | **422nd JUDICIAL DISTRICT** |

## DEFENDANT CRETE CARRIER CORPORATION'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES CRETE CARRIER CORPORATION, Defendant in the above-entitled and numbered cause, and makes and files this its Original Answer, and for such, would respectfully show the Court as follows:

### I.
### GENERAL DENIAL

1.01   Defendant generally denies the material allegations contained in Plaintiff's Original Petition in accordance with the provisions of Rule 92 of the <u>Texas Rules of Civil Procedure</u>.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff takes nothing against it; that Defendant has judgment against Plaintiff for costs of court; and that Defendant receives such other and further relief, general and special, at law and in equity, to which it may be justly entitled.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Avenue, 8th Floor
P. O. Box 1470
Waco, Texas  76703-1470
254.755.4100 / Facsimile 254.754.6331

BY: _____

JORDAN A. MAYFIELD
State Bar No. 24037051
mayfield@namanhowell.com
ROBERT LITTLE
State Bar No. 24050940
little@namanhowell.com

ATTORNEYS FOR
CRETE CARRIER CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served upon the following attorney of record by E-Service on this 12th day of March, 2018:

Brandon Ramsey
LONCAR & ASSOCIATES
223 East Charnwood
Tyler, Texas 75701
bramsey@brianloncar.com

_____
Jordan A. Mayfield

Filed: 3/12/2018 11:21 AM
Rhonda Hughey,
District Clerk
Kaufman County, Texas

Rhonda Hughey

CAUSE NO. 99184-422

| | | |
|---|---|---|
| **BENJAMIN TEMPLE** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **KAUFMAN COUNTY, TEXAS** |
| | § | |
| **WARREN D. CLARK AND** | § | |
| **CRETE CARRIER CORPORATION** | § | |
| | § | |
| *Defendants.* | § | **422nd JUDICIAL DISTRICT** |

---

### DEFENDANT'S NOTICE OF FILING NOTICE TO REMOVE CASE TO UNITED STATES DISTRICT COURT

---

TO THE HONORABLE COURT:

Notice is hereby given that Defendant Crete Carrier Corporation filed in the United States District Court for the Northern District of Texas, Dallas Division, its Notice of Removal of the above-styled and numbered cause. A copy of the Notice of Removal is attached hereto as Exhibit "A."

NAMAN, HOWELL, SMITH & LEE, PLLC

400 Austin Avenue, 8th Floor
P. O. Box 1470
Waco, Texas 76703-1470
254.755.4100 / Facsimile 254.754.6331

BY: _____
JORDAN A. MAYFIELD
State Bar No. 24037051
mayfield@namanhowell.com
ROBERT LITTLE
State Bar No. 24050940
little@namanhowell.com
(254) 755-4100
FAX: (254) 754-6331

ATTORNEYS FOR DEFENDANT
CRETE CARRIER CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been served on counsel of record, on the 12th day of March, 2018, as follows:

Brandon Ramsey
LONCAR & ASSOCIATES
223 East Charnwood
Tyler, Texas 75701
bramsey@brianloncar.com

_____
Jordan A. Mayfield

EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **BENJAMIN TEMPLE** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **Case No. 3:18-cv-566** |
| | § | |
| **WARREN D. CLARK AND** | § | |
| **CRETE CARRIER CORPORATION** | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Crete Carrier Corporation, Defendant herein, and files this Notice of Removal, removing this case to federal court under 28 U.S.C. §§ 1332, 1441 and 1446, and in support there of, would show as follows:

### A. Introduction

1.     This lawsuit arises out of an alleged motor vehicle accident. The accident is alleged to have occurred in Kaufman County, Texas.  (Plaintiff's Original Petition, p. 2, §IV.)

2.     Plaintiff is a citizens of the State of Texas.

3.     Plaintiff has named trucking company, Crete Carrier as Defendant, which is not a Texas citizen. Plaintiff has named driver, Warren D. Clark as a Defendant, who is also not a Texas citizen.

4.     Plaintiff's pleadings state that he seeks relief of $1,000,000.00 in this case. (Plaintiff's Original Petition, p. 5, §IV.)

5.     Thus, there is diversity of citizenship among the parties and Defendant Crete Carrier, as the only Defendant to have been named and served, removes this case to federal court under 28 U.S.C. §§ 1332, 1441 and 1446.

### B. Basis for Removal

6.     Removal is proper under 28 U.S.C. §§ 1332, 1441 and 1446 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000 and this removal is filed within 30 days after the service on Defendant.

7.     There is complete diversity of citizenship as follows:

(a)     Plaintiff is a Texas citizen. *See Freeman v. Northwest Acceptance Corp.*, 754 F.2d 553, 555-56 (5th Cir. 1985).

(b)     Defendant Crete Carrier Corporation is corporation organized and exiting under the laws of the State of Nebraska, with its principal place of business in Lincoln, Nebraska. Thus, it is a citizen of Nebraska and diverse from Plaintiff. *See* 28 U.S.C. § 1332(a).

8.     Plaintiff's pleadings state that he seeks relief in an amount of $1,000,000. (Plaintiff's Original Petition, p. p. 5, §IV.) *See S.W.S. Erectors Inc. v. Infax Inc.*, 72 F.3d 489, 492 (5th Cir. 1996) (removing defendant can rely on plaintiff's statement of amount in controversy); *see also* 28 U.S.C. § 1446(c).

9.     Defendant Crete Carrier's notice of removal is timely, as it is filed within 30 days of its being served with a pleading stating a removable case. *Alim v. KBR, Inc.*, No. 13-11094, 2014 U.S. App. LEXIS 10508, at *4 (5th Cir. 2014) (unpub.)  (30-day deadline for removal runs from the defendant's receipt of a pleading setting forth a removable claim).

10.     Defendant Crete Carrier Corporation is the only named defendant that has been

served as of the date of this removal, making the consent of the other defendants to this removal unnecessary. *See* 28 U.S.C. § 1446(b)(2) (requiring consent of all defendants joined and served).

11.    Copies of all pleadings, process, orders, and other filings in the state-court suit will be submitted once received to support this notice as required by 28 U.S.C. §1446(a).

12.    Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending, the 422nd Judicial District, is located in this district.

13.    Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

### C. Jury Demand

14.    Plaintiff has not demanded a jury trial.

### D. Conclusion

15.    There is complete diversity of citizenship and the amount in controversy exceeds $75,000.  Thus, there is diversity jurisdiction over this matter and removal is proper as set forth herein.

NAMAN, HOWELL, SMITH & LEE, PLLC

400 Austin Avenue, 8th Floor
P. O. Box 1470
Waco, Texas  76703-1470
254.755.4100 / Facsimile 254.754.6331


BY: /s/Jordan A. Mayfield
      JORDAN A. MAYFIELD
      State Bar No. 24037051
      mayfield@namanhowell.com
      ROBERT LITTLE
      State Bar No. 24050940
      little@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been served on counsel of record, on the 12th day of March, 2018, as follows:

Brandon Ramsey
LONCAR & ASSOCIATES
223 East Charnwood
Tyler, Texas 75701
bramsey@brianloncar.com

/s/Jordan A. Mayfield

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Benjamin Temple | Crete Carrier Corporation |

| **(b)** County of Residence of First Listed Plaintiff   Tarrant | County of Residence of First Listed Defendant   Lancaster |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Brandon Ramsey / Loncar & Associates<br>223 East Charnwood, Tyler, Texas 76701<br>(903) 509-2255 | Jordan Mayfield / Naman, Howell, Smith & Lee, PLLC<br>400 Austin Ave., Suite 800, Waco, Texas 76701<br>(254) 755-4100 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☒ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☒ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Section 1332, 1441 and 1446

Brief description of cause:
Motor Vehicle

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND:   ☐ Yes   ☒ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions)*   JUDGE | | DOCKET NUMBER |
|---|---|---|---|

DATE
03/12/2018

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

Supplemental Civil Cover Sheet
Page **1** of **2**

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District
Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned
   to the case in that court.

   | Court | Case Number |
   |---|---|
   | 422nd Judicial District Court of Kaufman County, Texas | Cause No. 99184-422 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s)
   and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please
   list the attorney(s) of record for each party named and include their bar number, firm name,
   correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Benjamin Temple - Plaintiff | Brandon Ramsey, Bar No 24027761,Loncar&Associates |
   | | 223 East Charnwood, Tyler, TX 78701, 903-509-2255 |
   | | |
   | Crete Carrier Corporation - Defendant | Jordan A. Mayfield, Bar No. 24037051, NHSL, LLC |
   | | P.O. Box 1470, Waco, TX 76703, 254-755-4100 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?          Yes          No

       If "*Yes,*" by which party and on what date?

   _____          _____

   Party          Date

Supplemental Civil Cover Sheet
Page **2** of **2**

4. **Answer:**

Was an Answer made in State Court?          Yes          No

If "*Yes*," by which party and on what date?

| Crete Carrier Corporation | 03/12/2018 |
| Party | Date |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|-------|--------------------------|
| Warren D. Clark - Defendant | N/A |
|  |  |
|  |  |
|  |  |
|  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|-------|--------|
|  |  |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|-------|----------|
| Plaintiff, Benjamin Temple | Negligence |

# Rhonda Hughey
### District Clerk



Kaufman County

March 12, 2018

County Courthouse
100 W. Mulberry St.
Kaufman, Texas 75142
**972-932-0279**

### NOTICE OF COURT ORDER
TRCP 306(a) & 239 (a)
Family Code 6.710

**Brandon Ramsey**
**223 East Charnwood**
**Tyler TX  75701**

Re:  **Case No.  99184-422**
     **Benjamin Temple  Vs. Warren Clark, Crete Carrier Corporation**

Dear Sir/Madam:

YOU ARE HEREBY NOTIFIED that the document described below was filed with the Clerk of the District Court at 100 West Mulberry St., Kaufman County Courthouse in Kaufman, Texas and entered into the minutes of the court.

> Document: **DEFENDANT'S NOTICE OF FILING NOTICE TO REMOVE CASE**
> Date Signed: **March 12, 2018**
> Date Filed: **March 12, 2018**

This order may be subject to appeal. A copy of the order may be obtained from the clerk's office at the address above. Fees for copies are $1.00 per page for certified copies.

You should consult your attorney if you have any questions concerning the above document or this notice.

Sincerely yours,

Rhonda Hughey
District Clerk

# Rhonda Hughey
### District Clerk



Kaufman County

March 12, 2018

County Courthouse
100 W. Mulberry St.
Kaufman, Texas 75142
**972-932-0279**

### NOTICE OF COURT ORDER
### TRCP 306(a) & 239 (a)
### Family Code 6.710

**Jordan A. Mayfield**
**400 Austin Avenue 8th Floor**
**PO Box 1470**
**Waco TX 76703-1470**

Re:  **Case No. 99184-422**
**Benjamin Temple  Vs. Warren Clark, Crete Carrier Corporation**

Dear Sir/Madam:

YOU ARE HEREBY NOTIFIED that the document described below was filed with the Clerk of
the District Court at 100 West Mulberry St., Kaufman County Courthouse in Kaufman, Texas and
entered into the minutes of the court.

Document: **DEFENDANT'S NOTICE OF FILING NOTICE TO REMOVE CASE**
Date Signed: **March 12, 2018**
Date Filed: **March 12, 2018**

This order may be subject to appeal. A copy of the order may be obtained from the clerk's office
at the address above. Fees for copies are $1.00 per page for certified copies.

You should consult your attorney if you have any questions concerning the above document or
this notice.

Sincerely yours,

Rhonda Hughey
District Clerk